A.A.A. PROCESS SERVICE, INC.
P.O. Box 21788
St. Louis, MO 63109-0788
Phone: (314) 351-7979
Fax: (314) 752-5785
Tax I.D 43-1925560

**INVOICE**

Invoice #RAC-2018000525
4/18/2018



**PLAINTIFF'S EXHIBIT 2**

James Schottel
SCHOTTEL & ASSOCIATES
906 Olive Street P.H.
St.Louis, MO 63101

Your Contact: Jim
**Case Number: ST.LOUIS 4:18-CV-424 NAB**

Plaintiff:
**JEFFREY JUST**

Defendant:
**CITY OF ST.LOUIS,MISSOURI,ET AL.**

Served: 4/18/2018 1:51 pm
To be served on: NELLIE KUYKENDALL C/O ST.LOUIS CITY POLICE DEPARTMENT LIASON

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SERVICE FEE (LOCAL) | 1.00 | 50.00 | 50.00 |
| TOTAL CHARGED: | | | $50.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$50.00** |

PAYMENT IS DUE UPON RECEIPT.

PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT.

A $15.00 LATE FEE WILL BE ADDED TO ALL INVOICES PAST DUE OVER 30 DAYS.THE FEE WILL BE PER MONTH UNTIL PAID IN FULL.

Page 1 / 1

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2e