A.A.A. PROCESS SERVICE, INC.  
P.O. Box 21788  
St. Louis, MO 63109-0788  
Phone: (314) 351-7979  
Fax: (314) 752-5785  
Tax I.D 43-1925560  

**INVOICE**

Invoice #RAC-2018000526  
4/18/2018



PLAINTIFF'S EXHIBIT 3

James Schottel  
SCHOTTEL & ASSOCIATES  
906 Olive Street P.H.  
St.Louis, MO 63101  

Your Contact: Jim  
**Case Number: ST.LOUIS 4:18-CV-424 NAB**

Plaintiff:  
**JEFFREY JUST**

Defendant:  
**CITY OF ST.LOUIS,MISSOURI,ET AL.**

Served: 4/18/2018 1:51 pm  
To be served on: ERIC HENRY C/O ST.LOUIS CITY POLICE DEPARTMENT LIASON

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| SERVICE FEE (LOCAL) | 1.00 | 25.00 | 25.00 |
| NON-EST FEE (LOCAL) | 1.00 | 25.00 | 25.00 |
| **TOTAL CHARGED:** | | | **$50.00** |

**BALANCE DUE:** $50.00

PAYMENT IS DUE UPON RECEIPT.

PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT.

A $15.00 LATE FEE WILL BE ADDED TO ALL INVOICES PAST DUE OVER 30 DAYS.THE FEE WILL BE PER MONTH UNTIL PAID IN FULL.

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2e

Page 1 / 1